DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Coach, Inc., et al., | ) | |
| | ) | CASE NO. 5:11 CV 2191 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Uniform Place, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case has been referred to Magistrate Judge George Limbert for pretrial supervision. On April 4, 2012, Magistrate Judge George Limbert filed a interim Report and Recommendation (ECF 21) recommending that the motion of the defendant Lori L. Hayes' motion to dismiss be treated as a motion for summary judgment and that the motion for summary judgment be denied.

No objections have been filed to the Report and Recommendation. Consequently, the motion of the defendant Lori L. Hayes for summary judgment be and the same is hereby denied.

This case shall remain with Magistrate Judge George Limbert for further proceedings.

IT IS SO ORDERED.

  May 7, 2012              /s/ David D. Dowd, Jr.
Date                       David D. Dowd, Jr.
                           U.S. District Judge